UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCISCO GUTIERREZ,
        Plaintiff,

v.                                      Case No:  2:19-cv-916-FtM-60NPM

PERFORMANCE
TRANSPORTATION, LLC and KEITH
HAROLD SMITH,

        Defendants.

_____

**RELATED CASE ORDER
AND TRACK ONE NOTICE**

It is hereby **ORDERED** that, no later than **FOURTEEN (14) DAYS** from the date of this Related Case Order and Track Notice, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form **NOTICE OF PENDENCY OF OTHER ACTIONS**.

It is **FURTHER ORDERED** that, in accordance with M.D. Fla. Local Rule 3.05, this action is designated a **Track One** case. All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

2nd day of January, 2020

|                                                    |                                                           |
|----------------------------------------------------|-----------------------------------------------------------|
| SHERI POLSTER CHAPPELL                             | JOHN E. STEELE                                            |
| Sheri Polster Chappell                             | John E. Steele                                            |
| United States District Court Judge                 | Senior United States District Court Judge                 |
|                                                    |                                                           |
| THOMAS P. BARBER                                   | MAC R. MCCOY                                               |
| Thomas P. Barber                                   | Mac. R. McCoy                                              |
| United States District Court Judge                 | United States Magistrate Judge                            |
|                                                    |                                                           |
| NICHOLAS P. MIZELL                                 |                                                           |
| Nicholas P. Mizell                                 |                                                           |
| United States Magistrate Judge                     |                                                           |

Attachment:    Notice of Pendency of Other Actions [mandatory form]

Copies: All Parties of Record

FRANCISCO GUTIERREZ,
       Plaintiff,

v.                                  Case No:  2:19-cv-916-FtM-60NPM

PERFORMANCE
TRANSPORTATION, LLC and KEITH
HAROLD SMITH,

       Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS           related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

                                _____

                                _____

                                _____

                                _____

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated:

_____        _____
[Counsel of Record or *Pro Se* Party]      [Counsel of Record or *Pro Se* Party]
[Address and Telephone]              [Address and Telephone]