# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

FRANCISCO GUTIERREZ,

    Plaintiff,

v.

PERFORMANCE TRANSPORTATION, LLC, a Florida corporation and KEITH HAROLD SMITH, an individual,

    Defendants.

CASE NO. 19-CV-916-FTM-60NPM

## PLAINTIFF, FRANCISCO GUTIERREZ'S
## MANDATORY INITIAL DISCLOSURE

Plaintiff, FRANCISCO GUTIERREZ, by and through undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby files these Initial Disclosures as follows:

**Rule 26(a)(1)(A)(i) – Identity of Persons who may possess discoverable information**

In addition to the Plaintiff and named Defendants in this matter, Plaintiff believes that the following individuals and entities are likely to have discoverable information, which Plaintiff may use to support his claims in this case. Investigative and discovery efforts continue, and Plaintiff reserves the right to supplement and/or amend this response as additional information is obtained and discovery proceeds.

1.     Francisco Gutierrez
   721 Appaloosa Ave.
   Clewiston, Florida 33440

   Plaintiff, Mr. Gutierrez, is expected to have information regarding the facts in the claim filed against Defendants.

2. Keith Harold Smith
   175 Ivystone Dr. Apt. D
   Myrtle Beach, South Carolina 29588

   Mr. Smith is expected to have information regarding the facts alleged by Plaintiff in this matter.

3. Performance Transportation, LLC
   P.O. Box 29269
   Richmond, Virginia 23242

   Performance Transportation is expected to have information regarding the facts alleged by Plaintiff in this matter.

4. Performance Food Group, Inc.
   12500 West Creek Parkway
   Richmond, Virginia 23238

   Performance Food Group may have information regarding the facts alleged by Plaintiff in this matter.

5. James Paurice Hunter
   2111 Lazy Pines Rd.
   Darlington, South Carolina 29540

   Mr. Hunter is expected to have information regarding the facts alleged by Plaintiff in this matter.

6. Adrian Prado – Hendry County Sherriff's Office, responding officer

   101 S Bridge St.
   LaBelle, Florida 33935
   Phone: 863-6745600

   Officer Prado may have information regarding the incident at issue in this matter.

7. Fernando Orochena, PA-C – Hendry Regional Medical Center

   524 W. Sagamore Ave.
   Clewiston, Florida 33440

   Mr. Orochena is expected to have information regarding Plaintiff's injuries.

8. Dr. Bernardo Kruszel, MD-Hendry Regional Medical Center

   524 W. Sagamore Ave
   Clewiston, Florida33440

   Dr. Kruszel is expected to have information regarding Plaintiff's injuries.

9. Dr. Ryan Nelson, DC – Nelson Chiropractic & Rehabilitation Center

   905 W. Ventura Ave.
   Clewiston, Florida 33440

   Dr. Nelson is expected to have information regarding Plaintiff's injuries.

10. Dr. Brian Young – Independent Imaging

    P.O. Box 1313
    Loxahatchee, Florida 33470

    Dr. Young is expected to have information regarding Plaintiff's injuries.

11. Dr. Edward C. Rivero – OrthoOne

    14750 S.W. 26 St. Suite 115
    Miami, Florida 33185

    Dr. Rivero is expected to have information regarding Plaintiff's injuries.

12. All About Therapy Services, Inc

    501 E Sugarland Hwy
    Clewiston, FL 33440

    Gloria Montesclaros, PT is expected to have information regarding Plaintiff's injuries.

13. Dr. Barry E. Shapiro – Advanced Orthopedics and Pain Management, PL

    11401 S.W. 40th St. Suite #120
    Miami, Florida 33165

    Dr. Shapiro is expected to have information regarding Plaintiff's injuries.

14. Dr. Shaun Nazar, DO – Dr. James Forbes Family Care Center

    500 W. Sagamore Ave.
    Clewiston, Florida 33440

    Dr. Nazar is expected to have information regarding Plaintiff's injuries.

15. Dr. Jesse Shaw, DO – All-Pro Orthopedics and Sports Medicine

    17779 S.W. 2nd St.
    Pembroke Pines, Florida 33029

    Dr. Shaw is expected to have information regarding Plaintiff's injuries.

16. Hendry County EMS
    Ronald Duquette, EMT-Paramedic

    P.O.BOX 1760
    La Belle, FL 33975

**Rule 26(a)(1)(A)(ii) – Documents which may be used to support claims or defenses**

Copies of documents which Plaintiff may use to support his claims in this action are as follows:

1. Medical records and bills from Hendry Regional Medical Center
2. Medical records and bills from Hendry County EMS
3. Medical records and bills from Nelson Chiropractic & Rehabilitation Center
4. Medical records and bills from Independent Imaging
5. Medical records and bills from OrthoOne
6. Medical records and bills from Advanced Orthopedics and Pain Management, PL
7. Medical records and bills from Dr. James Forbes Family Care Center
8. Medical records and bills from All-Pro Orthopedics and Sports Medicine
9. Medical records and bills from All About Therapy
10. Photographs depicting Plaintiff's injuries
11. Photographs depicting vehicles' damages
12. Incident Police Report

Any records in the custody and control of the Plaintiff, which are not already in the custody or control of Defendants, will be made available for review and copying at Defendants' cost, at The Ward Law Group, P.L., at a mutually agreed date and time. Investigative and discovery efforts continue and Plaintiff reserves the right to supplement and/or amend this response as additional information is obtained and discovery proceeds.

**Rule 26(a)(1)(A)(iii) – Computation of any category of damages claimed by disclosing party**

1. A complete computation of medical bills will be provided.

2. There is no applicable computation do determine the Plaintiff's past and future pain and suffering.

Dated: February 25, 2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served on all counsel or parties of record through by electronic filing with the Clerk of Court using CM/ECF on this 25th day of February, 2020.

*/s/ Michael S. Lotto*
Michael S. Lotto