UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCISCO GUTIERREZ,

    Plaintiff,

v.                                     Case No. 2:19-cv-916-FtM-JLBNPM

PERFORMANCE TRANSPORTATION, LLC
and KEITH HAROLD SMITH,

    Defendants.

---

## ORDER

Before the Court is Plaintiff's Motion to Compel Discovery. (Doc. 21). Defendants timely responded in opposition. (Doc. 23). The Court required the parties to discuss the issues presented and attempt to narrow or resolve them and, if necessary, file a joint memorandum discussing any unresolved issues. (Doc. 25). Following agreements reached by the parties and the filing of their joint memorandum, which significantly narrowed the issues presented, the Court conducted a telephonic discovery hearing on June 22, 2020. (Doc. 31). For the reasons discussed during the hearing, the motion is granted in part and denied in part.

Except for any work-product protected items responsive to Request #3 directed to Defendant Smith and Request #6 directed to Defendant Performance Transportation, Defendants agreed to produce by July 13, 2020, any documents responsive to Requests #3 and 5 directed to Smith and Requests #2, 4, 7, 14-16, 17-20, 25, 26, 37 and 39 directed to Performance Transportation.

Based on its discovery responses, Defendant Performance Transportation will also produce by July 13, 2020, any documents responsive to Requests #23, 24, 27, 29, 30

and 45. But at this time, the Court finds that medical records not otherwise responsive to the requests discussed above are neither relevant nor proportional, and so the motion to compel is denied without prejudice as to Request #28 directed to Performance Transportation.

As agreed among the parties, Defendants may redact financial information concerning Defendant Smith, including current and historical compensation and benefits information.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's Motion to Compel Discovery (Doc. 21) is **GRANTED in part and DENIED in part**.

2. By **July 13, 2020**, and except for any work-product protected items responsive to Request #3 directed to Defendant Smith and Request #6 directed to Defendant Performance Transportation, Defendants will produce any documents responsive to Requests #3 and 5 directed to Smith and Requests #2, 4, 7, 14-16, 17-20, 23-25, 26, 27, 29, 30, 37, 39 and 45 directed to Performance Transportation.

**DONE** and **ORDERED** in Fort Myers, Florida on June 22, 2020.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE