# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

FRANCISCO GUTIERREZ,

    Plaintiff,

v.

PERFORMANCE TRANSPORTATION, LLC, and KEITH HAROLD SMITH, an individual,

    Defendants.

CASE NO. 19-CV-916-FTM-60NPM

## DEFENDANT PERFORMANCE TRANSPORTATION, LLC'S
## SUPPLEMENTAL JURISDICTIONAL STATEMENT

Defendant PERFORMANCE TRANSPORTATION, LLC, by and through undersigned counsel, hereby files this its Supplemental Jurisdictional Statement and states as follows:

1. On June 22, 2020 the parties attended a hearing in front of this Honorable Court on Plaintiff's Motion to Compel Discovery.

2. During this hearing, the Court requested from Defendant PERFORMANCE TRANSPORTATION, LLC a more definitive jurisdictional statement to support the Court's subject-matter jurisdiction pursuant to the diversity of the parties in this matter.

3. For purposes of federal diversity jurisdiction, courts treat LLCs like partnerships and define the citizenship of LLCs by the individual citizenship of every member. *See, e.g.*, *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004); *GMAC Commercial Fin. LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004); *Belleville Catering Co. v. Champaign Mkt. Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003);

*Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998); *Chapman v. Barney*, 129 U.S. 677 (1889).

4. Defendant PERFORMANCE TRANSPORTATION, LLC is incorporated in and has its principal place of business in Virginia.

5. Defendant PERFORMANCE TRANSPORTATION, LLC has two members: Performance Food Group, Inc. and PFST Holding Co.

6. Performance Food Group, Inc. is a Colorado corporation with its principal place of business in Virginia.

7. PFST Holding Co. is a Delaware corporation with its principal place of business in Virginia.

8. As this Court is already aware, Plaintiff Francisco Gutierrez is a Florida resident and co-Defendant Keith Smith is a resident of South Carolina.

9. Accordingly, complete diversity exists between the parties of this case and this Honorable Court has subject-matter jurisdiction.

Dated: July 2, 2020

*/s/ Edward J. Briscoe*
Edward J. Briscoe
Florida Bar No. 109691
E-Mail: ebriscoe@fowler-white.com

Dane L. Stuhlsatz
Fla. Bar No. 1010881
Email: dstuhlsatz@hotmail.com

FOWLER WHITE BURNETT, P.A.
1395 Brickell Avenue, 14th Floor
Miami, FL 33131
Telephone: (305) 789-9200

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served on all counsel or parties of record through by electronic filing with the Clerk of Court using CM/ECF on this 2nd day of July, 2020.

*/s/ Edward J. Briscoe*
EDWARD J. BRISCOE