# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

FRANCISCO GUTIERREZ,

    Plaintiff,

v.

PERFORMANCE TRANSPORTATION, LLC, a Florida corporation and KEITH HAROLD SMITH, an individual,

    Defendants.

CASE NO. 2:19-cv-916-JLB-NPM

## **NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES**

Edward J. Briscoe, Esq., Dino G. Galardi, Esq. and Dane L. Stuhlsatz, Esq. of the law firm Fowler White Burnett, P.A., without waiver of service of process or jurisdictional defenses, hereby give notice of their appearance as counsel for Defendants, PERFORMANCE TRANSPORTATION, LLC and KEITH HAROLD SMITH, and request that copies of all motions, pleadings, orders, and any other documents filed in the instant case, be served upon them as set forth below.

Further, the aforementioned, as counsel for Defendants, PERFORMANCE TRANSPORTATION, LLC and KEITH HAROLD SMITH, hereby give notice of designation of the following primary and secondary e-mail addresses for service of documents and request that any and all pleadings and other pertinent documents in the instant action be served upon all of the following email addresses:

    Attorney Name:    Edward J. Briscoe, Esq.
    E-Mail Address:    ebriscoe@fowler-white.com

    Attorney Name:    Dino G. Galardi, Esq.
    E-Mail Address:    dgalardi@fowler-white.com

    Attorney Name:    Dane L. Stuhlsatz, Esq.
    E-Mail Address:    dstuhlsatz@fowler-white.com

Secondary E-Mail
Address for Service:   docservice@fowler-white.com

/s/ Dino G. Galardi
Edward J. Briscoe
Florida Bar No. 109691
E-mail: ebriscoe@fowler-white.com

Dino G. Galardi
Florida Bar No. 628220
E-mail: dgalardi@fowler-white.com

Dane L. Stuhlsatz
Florida Bar No. 1010881
E-mail: dstuhlsatz@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Dino G. Galardi
Dino G. Galardi