UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCISCO GUTIERREZ,

    Plaintiff,

v.                                Case No. 2:19-cv-00916-JLB-NPM

PERFORMANCE TRANSPORTATION,
LLC, and KEITH HAROLD SMITH,

    Defendants.
_____/

**ORDER**

The parties have stipulated to dismissal of this action with prejudice. (Doc. 58); Fed. R. Civ. P. 41(a)(1)(A)(ii). They "further request" that the Court retain jurisdiction to enforce their settlement but do not explicitly condition their stipulation upon such retention. (Id.) Because the stipulation is not explicitly conditioned on a subsequent occurrence, it is self-executing; the Court cannot retain jurisdiction.[1] See Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on February 22, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] Even if the parties had properly requested the Court to retain jurisdiction, the Court would not do so under these circumstances. Breaches of a settlement agreement may be enforced in state court.